# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

DAVID LAURINE,

Appellant,

v.

VICTORIA A. SHUPE, individually,
as Trustee of the Laurine Revocable Trust dated
November 14, 2011; VICTORIA A. SHUPE,
as the parent and natural guardian for N.S.S, a minor;
JACKSON R. SHUPE; and VIVIAN LAURINE,

Appellees.

No. 2D2025-0909

_____

April 24, 2026

Appeal from the Circuit Court for Pinellas County; Sherwood S. Coleman, Judge.

Ryan G. Nagle of Adrian Philip Thomas, P.A., Fort Lauderdale, for Appellant.

John A. Schifino of Gunster, Yoakley & Stewart, P.A., Tampa, for Appellees.

PER CURIAM.

Affirmed.

LUCAS, C.J., and LaROSE and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.